IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| S.K., a minor, by and through her parents and natural guardians, Roxanne J. King, and Brian King | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CASE NUMBER: 6:20-cv-02167-RBD-LRH |
| School Board of Orange County, Florida, Robert Cline, John W. Mina, in his official capacity as Sheriff of Orange County, Florida, and Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT AMENDED MOTION TO APPROVE MINOR SETTLEMENT

Plaintiff, S.K., a minor, by and through her parents and natural guardians, ROXANNE KING and BRIAN KING, (collectively referred as "S.K."), by and through her undersigned counsel, hereby moves this Court for an Order Approving the Petition to Approve Minor Settlement pursuant to Fla. Stat. §744.387, and as grounds therefore would state as follows:

1.    On November 12, 2021, the mediator filed a Mediation Disposition Report advising the Court of an Agreement between the Plaintiff and Defendants, School Board of Orange County, Florida; Robert Cline; John W. Mina, in his official

capacity as Sheriff of Orange County, Florida ("Sheriff"); and Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. that a settlement had been reached [Doc. 66].

2.      In furtherance of the intended settlement, the Parties have prepared Settlement Agreements and Releases of Claims.   A copy of the Settlement Agreements and Release of Claims between Plaintiff; School Board of Orange County, Florida; Robert Cline; and John W. Mina, in his official capacity as Sheriff of Orange County, Florida, Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. has been filed with the Court [Doc. 73].

3.      Roxanne King and Brian King are the biological parents and natural guardians of S.K.  S.K. is a minor, who has been diagnosed as autistic.

4.      S.K. has resided with her parents since the date of incident on March 30, 2017 and continues to do so.

5.      S.K., by and through her parents, has alleged that the School Board of Orange County, Florida was negligent in soliciting the assistance of the Orange County Sheriff in handling S.K.'s on campus behavior.  S.K. alleges the Sheriff improperly seized S.K. thereby violating S.K.'s constitutional rights.  S.K. alleges that Robert Cline violated S.K.'s constitutional rights and state law.  Finally, S.K. alleges Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. was negligent or otherwise violated Florida Statutes in its use of restraints and timeliness

of discharge.  Defendants deny the allegations.

6.     S.K., by and through her parents, further alleges that, S.K. has suffered physical and mental pain and suffering as a result of a Baker Act detention. Defendants deny the allegation.

7.     Roxanne King and Brian King retained the services of The Orlando Law Group, PL and Adam C. Herman, Esquire to represent their minor child in this civil claim.

8.     School Board of Orange County, Florida; Robert Cline; Orange County Sheriff and Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. have offered to tender a monetary settlement amount.

9.     Plaintiff would seek to have the Court order that Roxanne King and Brian King are the guardians of S.K. and further order distribution of the settlement amount, minus anticipated costs and fees, directly paid to the natural guardians of S.K.

## **ARGUMENT**

Florida Statute §744.387(3)(a), related to settlement of a minor's claim states as follows:

> No settlement after an action has been commenced by or on behalf of a ward shall be effective unless approved by the Court having jurisdiction of the action.

Fla. Stat. §744.387(3)(a).

Under Florida Law, when a settlement of any claim by or against the guardian whether arising as a result of personal injury or otherwise, and whether arising after or before appointment of a guardian, as proposed... the court may enter an order authorizing the settlement if satisfied that the settlement will be for the best interest of the ward.  Fla. Stat. §744.387(1).  Moreover, no settlement after an action has been commenced by or on behalf of a ward shall be effective unless approved by the court having jurisdiction of the action.  Fla. Stat. §744.387(3).  The court is required to determine whether the settlement is in the best interest of the minor and protect the minor.  Bullard v. Sharp, 407 So.2d 1023, (Fla. 4th DCA 1981).

Here, the gross amount of the settlement with the School Board; Robert Cline, Sheriff and Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. is $57,500.00.  The fee is a mixed contingency fee of twenty-five percent (25%), and forty percent (40%), exclusive of costs.  The settlement is to be paid to the guardians of S.K., Roxanne and Brian King, as natural parents of S.K.  The twenty-five percent (25%) contingency fee is from School Board of Orange County, Florida; Robert Cline and Orange County Sheriff, in accordance with Florida Statute §768.28 and is therefore reasonable.  The forty percent (40%) contingency fee from Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. is in accordance with Rule 4-1.5 of the Rules Regulating the Florida Bar.  The costs incurred to date are

$717.02.[1]

Further, the non-monetary provisions should be approved. S.K., by and through her natural parents, is releasing the School Board of Orange County, Florida; Robert Cline; Orange County Sheriff and Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc. for any and all claims S.K. may have, could have or has against each arising out of the events and circumstances occurring on March 30, 2017. Accordingly, the Settlement Agreement is narrowly tailored.

The Guardians of S.K. believe settlement is in the best interests of S.K., who is an autistic girl. S.K. will not be subject to the discovery process and more particularly deposition. A deposition will likely cause needless anxiety on the child which the parents assert may have an adverse effect on S.K.

Moreover, the settlement is in the best interests of S.K. as demonstrated by the four corners of the Settlement Agreement. Paragraph 5 of the Settlement Agreement states the entire proceeds of the settlement shall be for the exclusive benefit of S.K. and neither Roxanne King nor Brian King have claimed damages in the suit. The parents have contractually agreed to use the settlement proceeds to advance S.K.'s well-being, including, but not limited to, therapeutic and educational needs. A copy of the Settlement Agreements is attached as **Composite Exhibit "B."**

Further, the parents' willingness to commit the settlement proceeds to S.K.'s

---

[1] A copy of a proposed Closing Statement is attached hereto as **Exhibit "A."**

needs, and the parents' acknowledgement that no settlement proceeds are apportioned to them, demonstrates that Roxanne King and Brian King's interests are aligned with S.K. and no conflict exits.  Accordingly, there is no need to appoint a guardian ad litem to protect S.K.'s interests.

WHEREFORE, for all the foregoing reasons, S.K., a minor, by and through her parents, and natural guardians, Roxanne King and Brian King, would hereby petition this Honorable Court to approve the Settlement Agreement and Release of Claims entered into between Plaintiff and Defendants, School Board of Orange County, Florida; Robert Cline; Orange County Sheriff's Office and Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc., and enter an Order finding Roxanne King and Brian King are the legal guardians of S.K. and to order disbursement consistent with this Motion, together with such other and further relief as this Court may deem just and proper.

Dated: February 15, 2022

Respectfully submitted,


/s/ Ruth C. Osborne
Ruth C. Osborne, Esq.
Florida Bar No.: 155977
KETCHAM, EIDE, TELAN, MELTZ
& WALLACE, P.A.
PO Box 538065
Orlando, FL 32853-8065
Phone: (407) 423-9545

/s/ Adam C. Herman
Adam C. Herman, Esq.
Florida Bar No: 146961
THE ORLANDO LAW GROUP, PL
12200 W. Colonial Dr., Suite 100
Winter Garden, FL 34787
Telephone:  407-512-4394
Facsimile:  407-955-4654

Fax: (407) 425-7104
rcosborne@ketmw.com
enotice@ketmw.com
khill@ketmw.com
*Counsel for Defendant, School Board of Orange County, Florida*

aherman@theorlandolawgroup.com
dbroxson@theorlandolawgroup.com
*Counsel for Plaintiff*


*/s/ Bobby G. Palmer, Jr.*
Bobby G. Palmer, Jr., Esq.
Florida Bar No.: 398380
HILYARD, BOGAN & PALMER, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: (407) 425-4251
Facsimile: (407) 841-8431
bpalmer@hilyardlawfirm.com;
pfuller@hilyardlawfirm.com
tsmith@hilyardlawfirm.com
*Counsel for the Defendants, John W. Mina, in his official capacity as the Sheriff of Orange County, Florida and Robert Cline*

*/s/ J.W. Webb*
J.W. Webb, Esq.
Florida Bar No.: 155021
Lydecker Diaz
390 N Orange Avenue, Suite 1295
Orlando, Florida 32801
(407) 255-2070
(407) 985-4545
JWebb@lydecker.com
kc@lydecker.com
mlf@lydecker.com
*Counsel for Defendant, Aspire Health Partners, Inc. f/k/a Lakeside Behavioral Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document has been furnished via the CM/ECF Official Court Electronic Document Filing System on this 15th day of February, 2022.

Ruth C. Osborne, Esq.
Ketcham, Eide, Telan, Meltz & Wallace, P.A.
PO Box 538065
Orlando, FL 32853-8065
Phone: (407) 423-9545
Fax: (407) 425-7104
rcosborne@ketmw.com

enotice@ketmw.com
khill@ketmw.com
*Counsel for Defendant, School Board of*
*Orange County, Florida*

| | |
|---|---|
| Bobby G. Palmer, Jr., Esq. | J.W. Webb, Esq. |
| Hilyard, Bogan & Palmer, P.A. | Morgan L. Fayocavitz, Esq. |
| Post Office Box 4973 | Lydecker |
| Orlando, FL 32802-4973 | 390 N Orange Avenue, Suite 1295 |
| Telephone: (407) 425-4251 | Orlando, Florida 32801 |
| Facsimile: (407) 841-8431 | (407) 255-2070 |
| bpalmer@hilyardlawfirm.com; | (407) 985-4545 |
| pfuller@hilyardlawfirm.com | JWebb@lydecker.com |
| tsmith@hilyardlawfirm.com | kc@lydecker.com |
| *Counsel for the Defendants,* | mlf@lydecker.com |
| *John W. Mina, in his official capacity* | *Counsel for Defendant, Aspire Health* |
| *as the Sheriff of Orange County,* | *Partners, Inc. f/k/a Lakeside* |
| *Florida and Robert Cline* | *Behavioral Healthcare, Inc.* |

*/s/ Adam C. Herman*_____
Adam C. Herman, Esq.
Florida Bar No: 0146961
THE ORLANDO LAW GROUP, PL
12200 W. Colonial Dr., Suite 100
Winter Garden, FL 34787
Telephone:  407-512-4394
Facsimile:   407-955-4654
E-mail: aherman@theorlandolawgroup.com
         dbroxson@theorlandolawgroup.com
Attorney for Plaintiffs