# SETTLEMENT DISTRIBUTION/CLOSING STATEMENT
(This closing statement serves as a breakdown of receipts and disbursements in this matter and does not alter the terms of the executed releases)

**Shyanne King v. Robert Cline, John W. Mina, John W. Mina in his official capacity as Sheriff of Orange, County, Florida, The School Board of Orange County, Florida and Aspire Health Partners**
**Date of Accident/Injury: March 30, 2017**

| | |
|---|---:|
| **TOTAL SETTLEMENT** | **$ 57,500.00** |
| Settlement with Robert Cline, John W. Mina, John W. Mina in his official capacity as Sheriff of Orange County, Florida. | $ 2,500.00 |
| Settlement with The School Board of Orange County, Florida. | $ 15,000.00 |
| Settlement with Aspire Health Partners | $ 40,000.00 |

(Care Providers Insurance, National Union Fire Insurance Company of Pittsburg, PA Insurance Company, American International Group, Inc. (AIG), and Athens Program Insurance Services, LLC).

LESS ATTORNEY FEES:

| | |
|---|---:|
| The Orlando Law Group, P.L., | $ 20,375.00 |
| TOTAL FEES | $ 20,375.00 |
| Settlement with Robert Cline, John W. Mina, John W. Mina in his official Capacity as Sheriff of Orange County, Florida (25% of Settlement) | $ 625.00 |
| Settlement with The School Board of Orange County, Florida (25% of Settlement) | $ 3,750.00 |
| Settlement with Aspire Health Partners (40% of Settlement) | $ 16,000.00 |

LESS COSTS AND NONMEDICAL LIENS: (As of 02/10/2022)

| | |
|---|---:|
| Postage | $ 23.10 |
| Federal Court Filing Fee | $ 400.00 |
| Central Florida Process and Investigation for service on Aspire Health Partners | $35.00 |
| Central Florida Process and Investigation for service on Orange County School Board | $70.00 |
| Central Florida Process and Investigation for service on Orange County Sheriff's Office | $ 35.00 |
| Central Florida Process and Investigation for service on Officer Robert Cline | $ 70.00 |
| Medical Records from The Happy Mind Company | $ 48.75 |
| Vendor Invoice: Walgreens | $ 35.75 |
| Total | $ 717.60 |

LESS KNOWN OUTSTANDING MEDICAL BILLS:

| Provider | Total Outstanding |
|---|---|
| | |

_____
Initials

| | |
|---|---|
| The Rawlings Company (Health Insurance Lien) | $ 172.00 |
| Total | $ 172.00 |

**NET TOTAL TO CLIENT** $ 36,235.40

## SCOPE OF RETENTION

The undersigned clients, Brian King, Roxanne King and Brian King and Roxanne King as parents and natural guardians of Shyanne King (hereinafter referred to by name or as "Client King") acknowledges that my lawyer, The Orlando Law Group, P.L., (hereinafter referred to by name or collectively as "my lawyers") have been retained by me to pursue a claim for personal injuries, negligence, violation of federal law, violation of state law, and violation of constitutional rights against Robert Cline, John W. Mina, John W. Mina in his official capacity as Sheriff of Orange County, Florida, (hereinafter referred to as "Sherriff"), The School Board of Orange County, Florida (hereinafter referred to as "School"), and Aspire Health Partners (Care Providers Insurance, National Union Fire Insurance Company of Pittsburg, PA Insurance Company, American International Group, Inc. (AIG), and Athens Program Insurance Services, LLC) (hereinafter referred to as "Aspire") arising from an incident that occurred on March 30, 2017.

Client King also acknowledges that my lawyers settled this matter in the total amount of $57,500.00 which includes a $2,500.00 settlement from Robert Cline, John W. Mina, John W. Mina in his official capacity as Sheriff of Orange County, Florida, a $15,000.00 settlement from The School Board of Orange County, Florida, and a $40,000.00 settlement from Aspire Health Partners (Care Providers Insurance, National Union Fire Insurance Company of Pittsburg, PA Insurance Company, American International Group, Inc. (AIG), and Athens Program Insurance Services, LLC) Client King further acknowledges that they provided express authorization to my lawyers to settle this matter for $2,500.00 from Robert Cline, John W. Mina, John W. Mina in his official capacity as Sheriff of Orange County, Florida, $15,000.00 from The School Board of Orange County, Florida and $40,000.00 from Aspire Health Partners (Care Providers Insurance, National Union Fire Insurance Company of Pittsburg, PA Insurance Company, American International Group, Inc. (AIG), and Athens Program Insurance Services, LLC) and my lawyers, in fact, did settle this matter for a total amount of $57,500.00.

## RECOVERY AND SETTLEMENT TERMS

The undersigned clients, Brian King and Roxanne King and Brian King and Roxanne King as parents and natural guardians of Shyanne King further acknowledge that my lawyers have been successful in obtaining a recovery from Robert Cline, John W. Mina, John W. Mina in his official capacity as Sheriff of Orange County, Florida in the amount of $2,500.00, The School Board of Orange County, Florida in the amount of $15,000.00 and Aspire Health Partners (Care Providers Insurance, National Union Fire Insurance Company of Pittsburg, PA Insurance Company, American International Group, Inc. (AIG), and Athens Program Insurance Services, LLC) in the amount of $40,000.00. The undersigned, Client King, understands and agrees that the above referenced recovery in the total amount of $57,500.00 was offered by all parties to this action as

_____                                                                                                   _____
Initials                                                                                                                    Initials

full and final settlement of any and all claims that the undersigned, Client King, has or may have against any party whatsoever arising from the incident that occurred on March 30, 2017.

### MEDICAL EXPENSES, CHARGES, LIENS AND INVOICES FOR TREATMENT

The undersigned, Client King, understands and agrees that my lawyers have attempted to verify and pay all known medical charges, costs and medical expenses related to the claim, which is the subject of this Closing Statement, and to the best of their knowledge and belief, this has been done and same is reflected within this Closing Statement. The undersigned, Client King, has instructed and authorized my lawyers to negotiate those known outstanding medical expenses and pay/resolve same on my behalf, if possible.

### ATTORNEY COSTS

The undersigned, Client King, also acknowledges, understands and agrees that my lawyers have attempted to verify and pay all known charges, costs and expenses related to the pursuit of the claim which is the subject of this Closing Statement and to the best of their knowledge and belief, this has been done and same is reflected within this Closing Statement.

### PROPERTY OF CLIENT

The undersigned, Client King, acknowledges that I have received all documents, materials, evidence, and/or information that I desire from my lawyers, The Orlando Law Group, P.L. and my lawyers are authorized at this time to destroy any records or physical evidence pertaining to my claim that either law firm may have in their possession.

### SATISFACTION WITH RECOVERY, FEES AND COSTS

The undersigned, Client King, acknowledges that I am satisfied with the fees and disbursements reflected within this Closing Statement and with the services of my lawyers, The Orlando Law Group, P.L.

### FREE AND VOLUNTARY EXECUTION OF THIS STATEMENT

The undersigned, Client King, also confirms that I have read the foregoing Closing Statement and I agree to the terms herein and I further confirm that I have freely and voluntarily executed this Closing Statement for myself and behalf of any spouse, relative or other persons that have or may have an interest in said settlement proceeds, or the claims which are the subject of this Closing Statement and for all purposes herein expressed.

**THIS SETTLEMENT DISTRIBUTION / CLOSING STATEMENT HAS BEEN ACCEPTED, APPROVED AND VOLUNTARILY EXECUTED BY THE UNDERSIGNED CLIENTS, BRIAN KING, ROXANNE KING AND BRIAN KING AND ROXANNE KING AS PARENTS AND NATURAL GUARDIAN OF SHYANNE KING, THIS \_\_\_\_ DAY OF _____ 2022.**

_____                                                                                                                      _____
Initials                                                                                                                                              Initials

_____          _____
Brian King                                              Date


_____          _____
Brian King as parent and natural              Date
guardian of Shyanne King


_____          _____
Roxanne King                                          Date


_____          _____
Roxanne King as parent and natural          Date
guardian of Shyanne King


_____          _____
Adam Herman                                        Date


Page **4** of **4**

_____                                                                                      _____
Initials                                                                                                        Initials